# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| MARIO WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. CIV 11-195-JHP-SPS |
| ROBERT EZELL, et al., | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

Plaintiff appealed the court's Opinion and Order dismissing this action for his failure to exhaust administrative remedies for claims arising in February 2011 (Dkt. 193). The Tenth Circuit Court of Appeals reversed and remanded for further proceedings. *Williams v. Ezell*, No. 14-7085, slip op. (10th Cir. June 30, 2015) (Dkt. 203).

**ACCORDINGLY,** The defendants are directed to file within twenty-one (21) days a response to the remanded issue. Plaintiff is granted twenty-one (21) days to file a reply to the defendants' response, if appropriate.

**IT IS SO ORDERED** this 27th day of October 2015.

James H. Payne
United States District Judge
Eastern District of Oklahoma